```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (ST. BAR #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4  Facsimile:  (415) 392-1978

 5  Attorneys for Plaintiffs
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., ) ) ) Plaintiffs, ) ) vs. ) ) TOTAL AIR BALANCE COMPANY, INC., a corporation, doing business as TABCO, ) ) ) Defendant. ) ) _____ ) | NO. C 09 4247 MHP<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, and defendant TOTAL AIR BALANCE COMPANY, INC., a corporation, doing business as TABCO have entered into a stipulation which provided for judgment against Defendant in the amount of $19,120.79

IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL

**WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, have and recovere judgment against defendant, TOTAL AIR BALANCE COMPANY, INC., a corporation, doing business as TABCO in the amount of $19,120.79, which is composed of the following:**

      **a.   Liquidated damages for the period through April 2009 in the amount of $18,470.79;**

      **b.   Attorneys fees due pursuant to contract in the amount of $300.00; and**

      **c.   Costs of suit incurred in this action in the amount of $350.00.**

      **IT IS FURTHER ORDERED AND ADJUDGED that an abstract of judgment will be recorded but execution will not issue on the judgment so long as defendant fully complies with the following conditions:**

      **1.   Defendant shall make payments of all ongoing amounts to become due to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST FUNDS pursuant to contract between defendant and Local Union 104 of the Sheet Metal Workers' International Association for hours worked by defendant's employees, commencing with payment for June 2010, hours due on or before July 20, 2010 and continuing until the full amount of this judgment is paid. Each of said payments will be made by check payable to SHEET METAL WORKERS TRUST FUNDS and sent to the post office box listed on the report form.**

      **2.   Defendant shall pay the amount of the damages under paragraph (a) and the balance due in an earlier action with the same caption, Action No. C 08 2038 SC, in the total amount of $49,326.60 in monthly installment payments of $4,000.00 commencing July 25, 2010. Each subsequent installment shall be in the amount of $4,000.00, until the total due is paid. Said installment payments will be made by**

**check payable to the SHEET METAL WORKERS TRUST FUNDS and sent to the collection attorney, ERSKINE & TULLEY, 220 Montgomery Street, Suite 303, San Francisco, California  94104, Attention: Michael Carroll.**

     3.  **Plaintiffs and Defendant each understand and agree that any modification of payments must be made in writing and agreed to by both the Plaintiffs and the Defendant.**

**IT IS FURTHER ORDERED AND ADJUDGED that upon failure of the Defendant to make any of their monthly contribution payments pursuant to the collective bargaining agreement as set forth in paragraph 1 above, and the monthly installment payments in a timely manner as required pursuant to the terms of paragraphs 2 and 3 of this stipulation, execution on the entire judgment in this case in the amount of $19,120.79 and the amount due in C 08 2038 SC, reduced by any offsets for payments made, shall issue only after ten (10) days written notice to the Defendant that Plaintiffs or Plaintiffs' attorney declares a default and intends to file a Declaration stating that a default has occurred on the part of the defendant. Defendant waives notice of any hearing held by the court upon the earlier execution of this judgment or Plaintiffs' declaration.**

**Dated: 8/24    , 2010**



_____
**Honorable Marilyn H. Patel**

IT IS SO ORDERED
Judge Marilyn H. Patel

**JUDGMENT PURSUANT TO STIPULATION**                3